STATE OF CONNECTICUT *v.* ALSTON WILLIAMS

The defendant's petition for certification for appeal from the Appellate Court, 65 Conn. App. 59 (AC 21243), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Suzanne Zitser*, assistant public defender, in support of the petition.

*Mitchell S. Brody*, assistant state's attorney, in opposition.

Decided September 20, 2001

AMITY REGIONAL SCHOOL DISTRICT NO. 5 *v.* ATLAS CONSTRUCTION COMPANY ET AL.

The petition of Carole W. Briggs for certification for appeal from the Appellate Court (AC 21808) is denied, as a writ of error is the proper vehicle by which this court may consider the nonparty attorney's claim.

SULLIVAN, C. J., and KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Ralph G. Elliot*, in support of the petition.

*Thomas G. Librizzi, Jennifer A. Osowiecki, Steven D. Ecker, Thomas J. Murphy* and *James R. Smart*, in opposition.

Decided September 20, 2001